JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE C. ROBERTS, | Case No. CV 19-04002-JLS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| JIM ROBERTSON, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: November 17, 2020

JOSEPHINE L. STATON
United States District Judge